

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00042-CR

EX PARTE DUSTIN WAYNE GLENN

Appeal from the County Court at Law No. 3 of Galveston County.   (Tr. Ct. No. CV-70368).

This case is an appeal from the order signed by the trial court on December 27, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's order contains no reversible error. Accordingly, the Court **affirms** the trial court's order.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February 26, 2015.

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.   Opinion delivered by Justice Jennings.